

Davis Wright
Tremaine LLP

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

John M. Magliery
212.603.6444 tel
212.379.5207 fax
johnmagliery@dwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2023

September 7, 2023

**By ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

Re:   *US Rising Star Inc. v. Amazon.com, Inc. et al.*, Case No. 1:23-cv-00778-CM

Dear Judge McMahon:

This firm is counsel to the Amazon Respondents ("Amazon") in the above-referenced proceeding. As the Court is aware, Petitioner's opposition to Amazon's cross-motion to confirm the arbitration award at issue in this matter was previously due on August 4, 2023, and Amazon's reply was previously due on August 18, 2023. *See* Dkt. 30.

Claimant failed to timely submit its opposition papers, as Amazon noted in its letter to the Court dated August 17, 2023, in which Amazon requested that the Court enter an order denying the motion to vacate and granting Amazon's then-unopposed cross-motion to confirm the award. *Id.* However, on August 25, 2023, Petitioner belatedly filed its Memorandum of Law in Further Support of Motion to Vacate Arbitration Award and Reply to Respondent's Cross Motion and Opposition Thereto, Dkt. 31, along with a letter from Petitioner's counsel requesting that the Court accept Petitioner's untimely submission, Dkt. 32.

On September 5, 2023, the Court entered its memo endorsement on Amazon's August 17, 2023 letter, ruling that the Court would accept Petitioner's late submissions and would rule upon the merits of the parties' respective motions. Dkt. 33. Given the foregoing, Amazon respectfully requests that its deadline to submit its reply to Petitioner's opposition papers be set for September 19, 2023. That is 14 days after the Court's entry of its memo order, which is the same amount of time previously afforded Amazon to prepare and file its reply submissions.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

John M. Magliery

cc:   All counsel of Record (by ECF)

DWT.COM

4853-9072-4222v.1 0051461-005263