UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
US RISING STAR INC.,

                Petitioner,                              23 **CIVIL** 778 (CM)

      -against-                                 **JUDGMENT**

AMAZON.COM SERVICES, LLC,
AMAZON.COM, INC.,

                Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 18, 2023, the motion to vacate the award is DENIED. The motion to confirm the award is GRANTED. Judgment is entered in favor of the Respondents confirming the arbitration award and dismissing the petitioner; accordingly, the case is closed.

**Dated**: New York, New York
          October 18, 2023

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                       **BY:**       *K. Mango*

                                                                    **Deputy Clerk**